**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Document # 7

*Kendrick*
-v-
*Greenburgh Housing Auth.*

USCA NO. _____

SDNY NO. 07cv5859

JUDGE: DAB

DATE: Oct. 17, 2007

OCT 1 2007

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
FIRM _____APPEALS SECTION_____
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. (212) 805-0636

DISTRICT COURT DOCKET ENTRIES --------------------------------------

DOCUMENTS

DOC#

Clerk's Certificate
See Attached List of Numbered Documents

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME **

(✓) Original Record                              (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 17th Day of October, 2006.

United States District Court for
the Southern District of New York

Date: **Oct. 17, 2007**

U.S.C.A. # _____

_____*Kendrick*_____

U.S.D.C. # **07cv5859**

-V-

D.C. JUDGE **DAB**

_____*NYCHA*_____

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __10__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**          **Document Description**

_____
_____
_____
_____**BALANCE OF FILE MISSING AT THIS TIME**_____
_____
_____
_____
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **17th** Day of **October**. In this year of our Lord, Two Thousand and Six, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05859-DAB
#### Internal Use Only

Kendrick v. Greenburgh Housing Authority et al
Assigned to: Judge Deborah A. Batts
Cause: 42:405 Fair Housing Act

Date Filed: 06/20/2007
Date Terminated: 09/27/2007
Jury Demand: None
Nature of Suit: 443 Civil Rights: Accomodations
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Maverick Kendrick.(mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 2 | COMPLAINT against Greenburgh Housing Authority, Greenburgh Town Hall Clerk's Office. Document filed by Maverick Kendrick.(mbe) (Entered: 07/03/2007) |
| 06/20/2007 |  | Magistrate Judge Frank Maas is so designated. (mbe) (Entered: 07/03/2007) |
| 06/20/2007 | 3 | 60 DAYS ORDER Plaintiff's request to proceed in forma pauperis is granted. For the following reasons, plaintiff is directed to amend his complaint as detailed below. Plaintiff is hereby granted leave to file an amended complaint detailing his claim of housing discrimination based on disability. Should plaintiff decide to file an amended complaint, it must be submitted to this Court's Pro Se Office within sixty (60)days of this order, be captioned "AMENDED COMPLAINT" and bear the same docket number as this order. Plaintiff is advised that the Amended Complaint will completely replace the original complaint. In addition, plaintiff must attach a copy with this order to the amended complaint. No summons shall be issued at this time and all further proceedings shall be stayed for sixty (60) days or until plaintiff has complied with this order. If plaintiff fails to comply within the time allowed or show good cause why he cannot comply, the complaint will be dismissed. Once submitted, the amended complaint shall be reviewed for compliance with this order and substantive sufficiency and then, if proper, the case shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. The Court certifies pursuant to 28 U.S.C. 1915(a)that any appeal from this order would not be taken in good faith. (Signed by Judge Deborah A. Batts on 6/20/2007) (mbe) (Entered: 07/03/2007) |
| 09/12/2007 | 5 | PRO SE MEMORANDUM dated 9/12/07 re: CHANGE OF ADDRESS for Maverick Kendrick. New Address: H.O.P.E., Inc., 170 South Broadway, #3D, Yonkers, NY, 10701. (tro) (Entered: 09/18/2007) |
| 09/14/2007 | 4 | AMENDED COMPLAINT against Greenburgh Housing Authority, Greenburgh Town Hall Clerk's Office amending [2] Complaint.Document filed by Maverick Kendrick. Related document: [2] Complaint filed by Maverick Kendrick.(cd) (Entered: 09/17/2007) |
| 09/14/2007 | 6 | MOTION to Appoint Counsel. Document filed by Maverick Kendrick.(djc) (Entered: 09/20/2007) |
| 09/14/2007 | 9 | MOTION for Leave to Proceed in forma pauperis. Document filed by Maverick Kendrick.(djc) (Entered: 10/03/2007) |
| 09/27/2007 | 7 | JUDGMENT in favor of Greenburgh Housing Authority, Greenburgh Town Hall Clerk's Office against Maverick Kendrick that the complaint is dismissed and any appeal would not be taken in good faith. (Signed by Judge Kimba M. Wood on 9/27/07) (jf) (Entered: 09/27/2007) |
| 09/27/2007 | 8 | ORDER OF DISMISSAL: the instant action is dismissed for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. The Court certifies pursuant to 28 USC 1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 9/27/07) (kco) (Entered: 09/28/2007) |
| 10/05/2007 | 10 | NOTICE OF APPEAL from [7] Judgment. Document filed by Maverick Kendrick. Copies mailed to attorney(s) of record: Corporation Counsel. (tp) (Entered: 10/17/2007) |
| 10/05/2007 |  | Appeal Remark as to [10] Notice of Appeal filed by Maverick Kendrick. $455.00 APPEAL FEE DUE. IFP REVOKED 9/27/07. (tp) (Entered: 10/17/2007) |
| 10/17/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [10] Notice of Appeal. (tp) (Entered: 10/17/2007) |
| 10/17/2007 |  | Transmission of Notice of Appeal to the District Judge re: [10] Notice of Appeal. (tp) (Entered: 10/17/2007) |